```
Edward G. Byford
33600 Echo Lake Rd
Soldotna, Alaska 99669
Telephone: (907) 252-6625
```



RECEIVED SEP 30 2011 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Edward G. Byford Jr,

          **Plaintiff**,

vs.

Charles Michael Chenault,
Sharalyn Sue Wright,
Carl Edward Kock,
Peter Ashman,
John Papasodora,
Daniel Cheyette,
Talis Colberg,
Dayvin Williams,
Peter J. Mlynarik,
Scott Briggs,
Jerane Grieme,
Terence Shanigan,

          **Defendant(s)**.

Case No. 3:11-CV-00193-JWS

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)
**Expedited Consideration Requested**
*Request Jury Trial*

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below:

_____

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of <u>Edward G. Byford,</u> who presently resides at 33600 Echo Lake Rd, Soldotna, Alaska 99669. Were violated by the actions of the below named individual(s).

PS 02 (4/06)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Charles Michael Chenault** , is a citizen of
Alaska, and is employed as a Representative of the State Legislature.

**X** This defendant personally participated in causing my injury, and I want money damages.

__OR

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 2, **Sharalyn Sue Wright** , is a citizen of
Alaska, and is employed as a Legislative Aide to Charles Michael Chenault.

 **X** This defendant personally participated in causing my injury, and I want money damages.

__OR
The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 3, **Carl Edward Kock** , is a citizen of
Alaska, and is employed as a Guard Courthouse Security.

 **X** This defendant personally participated in causing my injury, and I want money damages.

__OR
The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 4, **Peter Ashman** , is a citizen of
Alaska, and is employed as a Trial Judge for State of Alaska.

__ This defendant personally participated in causing my injury, and I want money damages.

_**X**_ OR

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 5, **John Papasodora** , is a citizen of
Alaska, and is employed as a Police Chief of Nome, former Head of the
Alaska Bureau of Investigation.

 **X** This defendant personally participated in causing my injury, and I
want money damages.

 __OR
The policy or custom of this official's government agency violates my
rights, and I seek injunctive relief (to stop or require someone do
something).

Defendant No. 6, **Daniel Cheyette** , is a citizen of
Alaska, and is employed as Attorney Office of Special Prosecution
Assistant Attorney General.

 __ This defendant personally participated in causing my injury, and I
want money damages.

**X** OR
The policy or custom of this official's government agency violates my
rights, and I seek injunctive relief (to stop or require someone do
something).


Defendant No. 7, **Talis Colberg** , is a citizen of
Alaska, and is employed as former Attorney General State of Alaska.


 __ This defendant personally participated in causing my injury, and I want
money damages.

 _**X**_ OR

The policy or custom of this official's government agency violates my
rights, and I seek injunctive relief (to stop or require someone do
something).

Defendant No. 8, **Dayvin Williams** , is a citizen of
Alaska, and is employed as an Assistant Attorney General

 __ This defendant personally participated in causing my injury, and I
want money damages.

 _**X**_ OR
The policy or custom of this official's government agency violates my
rights, and I seek injunctive relief (to stop or require someone do
something).

Defendant No. 9, **Peter J. Mlynarik** , is a citizen of
Alaska, and is employed as Head Detachment E Alaska State Troopers.

**X** This defendant personally participated in causing my injury, and I want money damages.

__OR
The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 10, **Scott Briggs**, is a citizen of
Alaska, and is employed as a Alaska State Trooper.


**X** This defendant personally participated in causing my injury, and I want money damages.

__OR

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 11, **Jerane Grieme** , is a citizen of
Alaska, and is employed as a Alaska State Trooper.

**X** This defendant personally participated in causing my injury, and I want money damages.

__OR
The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).

Defendant No. 12, **Terence Shanigan** , is a citizen of
Alaska, and is employed as a Alaska State Trooper.

**X** This defendant personally participated in causing my injury, and I want money damages.

__OR
The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone do something).


C. Causes of Action

Claim 1: The following civil right has been violated:
(e.g., due process, freedom of religion, free speech, freedom
of association and/or assembly, freedom from cruel and unusual
punishment, etc. List only one civil right violation.)

**Claim 1:** The following civil right has been violated:
**Freedom of Speech**

<u>Supporting Facts</u>: Charles Michael Chenault and Sharalyn Sue Wright in an attempt to silence myself Edward G. Byford for Whistle Blowing on their criminal activities, they have violated my civil rights in the following ways.

**On 6-26-06** Sharalyn Sue Wright filed a false police report with Trooper Terrence Shanigan to keep Edward Byford off his leased commercial property in Sterling Alaska when Edward Byford tried reporting Charles Michael Chenault and Sharalyn Sue Wrights criminal activities to the troopers.

**On 9-01-06** Edward Byford went to the Legislative building and made an appointment with Senator Tom Wagoner to discuss the abuse of Charles Michael Chenault and Sharalyn Sue Wright. Later that day I received a call from Senator Tom Wagoner, he informed me that Sharalyn Sue Wright noticed Edward Byford in Senator Wagoner's office and immediately went to the court house to place a stalking order against me to prevent me from entering the building and talking to Senator Tom Wagoner. Later stalking order proven false and dismissed.

**On 7-15-07** Went to Attorney General's office and filed a statement about Charles Michael Chenault and Sharalyn Sue Wright's activities. Sharalyn Sue Wright started calling Edward Byford's clients from stolen files urging them to stop their jobs and file complaints against Edward Byford and his business alleging that he was a criminal. Katherine Stone from the AG's office stated Sharalyn Sue Wright was calling Katherine Stone 20 to 30 times a day demanding Katherine Stone to stop Edward Byford also alleging he was a criminal.

**On 3-10-08** Edward Byford filed a complaint with Srgt. Dan Donaldson with the Alaska State Troopers about the abuse from Charles Michael Chennault and Sharalyn Sue Wright. Sharalyn Sue Wright filed a stalking order against Edward Byford and naming Srgt. Dan Donaldson as a co-conspirator in an attempt to stop Edward Byford from filing any reports and having credibility with the Department of Public Safety. Later stalking order was proven false and dismissed.

**On 4-02-08** in an attempt to silence Edward Byford, Sharalyn Sue Wright filed a complaint with Col. Audie Holloway with the Alaska State Troopers making false allegations. Sharalyn Sue Wright followed this up 2 days later with an e-mail offering a Bribe to Col. Audie Holloway's dept if he would get Edward Byford. In fact so as to be assured of the silencing she stated her boss Rep. Charles Michael Chenault was aware of this Bribe and has agreed to increase Col. Audie Holloway's budget for 2009. The fact is their Budget increased 9.4 million dollars.

**On 7-03-10** Edward Byford sent a letter to Governor Sean Parnell outlining my concerns with the corrupt activities of Rep. Charles Michael Chenault's office. Immediately Sharalyn Sue Wright filed a stalking order against Edward Byford, stating Sharalyn Sue Wright was asking the court to bar Edward Byford from looking up her theft conviction and allegations from other state agencies that she has stolen hundreds of thousands of dollars from senior citizens along with property and gas & oil rights. Later stalking order proved false and dismissed.

**On 7-14-10** Edward Byford went to the Kenai Recording Office to get copies of Gas & Oil Leases that Sharalyn Sue Wright obtained from Deceased Waldo E Coyle. These leases were transferred out of Sharalyn Sue Wright's name into an Alaska Trust and then sent to off shore accounts that Sharalyn Sue Wright still controls and invests the money under Rep. Charles Michael Chenault. Within minutes of leaving the recorder's office Sharalyn Sue Wright filed a stalking order against Edward Byford. Later stalking order proven false and dismissed.

**On 9-16-10** Edward Byford gave a list of Crimes believed to have been committed against him to the Public Defender's office Bill Taylor. Later Bill Taylor called and said Sharalyn Sue Wright called and threatened his office that if someone didn't do something about Edward Byford then Rep. Charles Michelle Chennault's office would. The Public Defender's Office dropped representation upon this threat and conflicted out. Referring me to Office of Public Advocacy an agency directly influenced by Chenault and Wright.

**Claim 2:** The following civil right has been violated:

**Unreasonable Search and Seizures**

**Supporting Facts:** In an attempt to shift suspicion from Rep. Charles Michael Chenault and Sharalyn Sue Wright of their criminal activities Sharalyn Sue Wright at the request of Rep. Charles Michael Chenault Broke and Entered Edward Byford's place of business on multiple occasions. Removing from his place of business, financial records including job tracking on cash receipts, computers systems, drawing of construction jobs and confidential patentable drawings, All Client Contact and Contract Information.

During the stalking hearings Sharalyn Sue Wright testified Rep. Charles Michael Chenault's office has been pursuing Edward Byford for years in addition to the fact she has thousands of pages of business records that are the property of Edward Byford.

**On 4-06-08** In the E-mail offering a Bribe to Col. Audie Holloway, Sharalyn Sue Wright admits to having thousands of pages of financial records, client contracts general book keeping records. Many records have been turned over to the troopers and the rest is waiting pick up at the Kenai Legislative Office. All records belong to Edward Byford.

**On 5-15-08** ABI John Papasodora had a recorded interview with Sharalyn Sue Wright, during this interview Sharalyn Sue Wright admitted to having concerns to the illegal Search and Seizure. John Papasodora assures Sharalyn Sue Wright that she wouldn't be in any trouble and accepts the evidence. Sharalyn Sue Wright stated she had given the Dept. of Labor lots of documentation on Edward Byford.

**On 5-09-11** Sharalyn Sue Wright testified at a suppression hearing that she had entered Edward Byford's building on 4 or 5 occasions and removed items to her personal shed at home. ABI John Papasodora stated under oath that he used evidence from the Dept. of Labor, the same illegally obtained and seized evidence Sharalyn Sue Wright provided to the Dept. of Labor.

**On 5-09-11** James I Moore testified at the suppression hearing that when Sharalyn Sue Wright Illegally Searched and Seized Edward Byford's property the items taken were 1 large filing cabinet, 1 computer system and large drawings of a lodge to be built in Sterling Alaska. This took place in the summer of 2005.

**Claim 3 :** The following civil right has been violated:

**Deprive any person of Property**

**Supporting Facts:** On several occasions Sharalyn Sue Wright at the direction of Rep. Charles Michael Chenault did in fact remove Edward Byford's property from a secured location and admittedly still has those items locked up in her personal shed.

**On 5-09-11** During the suppression hearing when Sharalyn Sue Wright was finished testifying Judge Peter Ashman stated "THAT IS NOT A CREDIBLE WITTNESS AND HE FINDS IT VERY DISTURBING THAT ABI JOHN PAPASODORA WOULD ACCEPT THAT EVEIDENCE" Therefore ABI John Papasodora, Prosecutor Daniel Cheyette and Office of Public Advocacy are still holding my property without any legal cause.

If fact, Sharalyn Sue Wright has stated in court hearings, in emails, in depositions and statements that she has thousands of pages of financial and business records as well as cd's from Edward Byford. In addition, some of the discovery brought forward only existed on Edward Byford's stolen computer.

**On 12-19-05** Trooper Terrence Shanigan took a police report concerning a Burglary at Edward Byford's business. When Trooper Shanigan took the report he verbally notified the Kenai Police Department which in turn contacted Edward Byford on 4 different occasions over 90 days, they were calling for Edward Byford to identify other stolen items if they might be his. When Trooper Shanigan found out that it involved Sharalyn Sue Wright and the McDowell family he stated on his police report that the Burglary was Unfounded and case closed. However, some of the stolen goods were identified as mine but AST refused to recover them all. Trooper Shanigan altered the facts of the burglary to say there was no crime committed.

**On 7-15-06** Sharalyn Sue Wright with the clout of Rep. Charles Michael Chenault's office entered a locked building of Edward Byford and with the help of Aaron McDowell removed the following items, 2- 750,000 BTU space heaters, 1 two horse trailer, 4 units 2x12x24 ft lumber and stacks of 8" D shaped house logs total value is over $85,000.00. Trooper Dan Donaldson responded and took information. However, AST has since said no police report was filed only call logged.

**On 12-22-06** Received a call from Glen Martin in Sterling Alaska concerning equipment Edward Byford had stored on his property. Glen Martin said someone was loading up Edward Byford's log planer. Edward Byford and James I Moore drove to Sterling from Soldotna upon arriving they noticed tracks in the snow to a lot down the street. Edward Byford blocked the driveway where a crew was trying to unload the stolen planer and called the Troopers. After about 1 hour Trooper Grieme shows up and refuses to look at any Bills of Sale or Legal documentation that I had to prove ownership. He stated he had a meeting with Trooper Shanigan and Sharalyn Sue Wright and would not provide Edward Byford or James I Moore with the names of who took the

equipment or even provide a police report. During this exchange we were only 100 ft from my stolen equipment and perpetrators of the crime. Trooper Grieme stated if Edward Byford or James Moore didn't leave or came back he would arrest both. The Value of the Equipment $300,000.00 plus the loss of the use of it to finish my contractual obligations. AST refused to take police report.

**On 3-14-07** Edward Byford and James I Moore found 1 of the 750,000 BTU space heater stolen earlier from Edward Byford. Edward Byford called ABI Scott Briggs in Soldotna to report the location of his Stolen Heater, the value is $4,500.00. ABI Scott Briggs stated that if Byford went on the property to retrieve his property he would be arrested for Criminal Trespass. At a later date Edward Byford went to the Trooper Station in Soldotna to retrieve his horse trailer that was impounded and at this time ABI Scott Briggs stated in front of witnesses he would not get any stolen items back for Edward Byford.

**In late "09"** Edward Byford made multiple calls to Capt. Pete Mylarnik

To report items not returned to Edward Byford, Capt. Mylarnik refused to look in to the matter in fact he went as far as to say that of the 14 plus crimes committed against Edward Byford he did not have to even file a police report. The fact is he made sure those police reports were never filed just logged.

**On or about Summer/Fall 2006** Carl Edward Kock conspired with Sharalyn Sue Wright of Rep. Charles Michael Chenault's office to target jobs of Edward Byford claiming in his authority as a guard at the court house under cover of color with Sharalyn Sue Wright went to jobs and with malicious intent sought to stop projects and convince people to file complaints. By his unfounded accusations of criminal conduct by Edward Byford he was able to harass and intimidate to either stop projects or file complaints against Edward Byford. In this way deprived Edward Byford of income. He stated this under oath, in police reports and court cases. He was quite proud of the work he had performed in destroying Edward Byford's business efforts.

**On or about May 2011** at a court hearing Carl Edward Kock stated that he had confidential financial documents of Edward Byford's, he received this information from Sharalyn Sue Wright. To this day my property has not returned to me from Carl Edward Kock.

**Claim 4:** The following civil right has been violated:

**Equal protection of the laws**

**Supporting Facts:** Rep. Charles Michael Chenault took an oath of office to uphold the U.S Constitution and the State of Alaska Constitution. Rep. Charles Michael Chenault along with Sharalyn Sue Wright is working in their official capacity and has used or promised benefits to Alaska State Agencies, every person and agency named in this complaint has a direct connection and involvement to Rep. Charles Michael Chenault and Sharalyn Sue Wright. The E-mail on 4-06-08 offering a bribe to the Audie Holloway is a clear indication that Legislative Chenault's office will go to any length and influence any one to get their desired result. Together they have injected themselves in to the creation of a crime including evidence collecting, the investigation and ultimately the unlawful prosecution of Edward Byford. Rep. Charles Michael Chenault and Sharalyn Sue Wright worked for years building the case they wanted with the evidence they had taken from Edward Byford and presented it to ABI John Papasodora. By doing so they insured that Edward Byford would not be or could not be equally protected under the law.

**ABI John Papasodora** On or about 4-6-2008 accepted stolen items from Sharalyn Sue Wright, and then he used those items and documents to plan a biased investigation with the sole intent to convict Edward Byford as the E-mail Bribe on 4-06-08 states. ABI John Papasodora knew of evidence that would prove Edward Byford's innocence and suppressed it, for example the financial records from Sharalyn Sue Wright several months before the first search warrant was requested. Then when he received canceled checks from the search warrants to the bank that would help prove no crime happened he destroyed some 250 checks per warrant totaling 1000 checks. In Papasodora's police report his dates on checking events and totals don't match the warrant times. On the recordings made with witnesses ABI John Papasodora clearly met with each witness several times. It was not until he could convince them to come up with the story he wanted did he record the witnesses statement. ABI John Papasodora worked with Sharalyn Sue Wright very closely during his whole investigation, he made a statement in his official police report that he was making a trip to Kenai Alaska specifically to bring Sharalyn Sue Wright up to speed there is also reference to many E-mails back and forth between Sharalyn Sue Wright and ABI John Papasodora. Given these Facts Edward Byford feels it is impossible for ABI John Papasodora to claim that Edward Byford could have expected equal protection under the law.

In Sharalyn Sue Wrights email she states that she has many more financial records of Edward Byford's to be picked up from her Legislative office by Troopers. Among the business records stolen from Edward Byford's office were the cash receipts totaling tens of thousands of dollars. In an attempt to build a case against Edward Byford, ABI John Papasodora destroyed these cash receipts along with other evidence. What he built his case around was white collar crime. The paperwork was the key to their complete case. He

counted on the fact without these records that Edward Byford could not put up a defense. Just one of the cash receipts that was recovered but discounted was over $75,000 for equipment.

ABI John Papasodora threatened a key witness to change their statement for fear of prosecution or reprisal.

He encouraged Sharalyn Sue Wright to do illegal activities for collecting evidence that he knew he could not get warrants for. He prompted her during her taped interview in what to say to protect her.

**Asst. Attorney General Dayvin Williams** During 8-2009 presented a case against Edward Byford to the Grand Jury. It was Dayvin Williams's responsibility to research the case that was given to her from ABI John Papasodora and to verify that the case could be substantiated. Almost a year after the grand jury Prosecutor Daniel Cheyette realizes that ABI John Papasodora's police report has major flaws. And in fact more search warrants were filed for to bridge the gap from using stolen records to initially build this case.

**Prosecutor Daniel Cheyette** On 05/09/2011 has the responsibility to protect the rights of the accused even if that means dismissing a case because proper procedure wasn't followed. Daniel Cheyette had in evidence the E-mail offering a bribe from Sharalyn Sue Wright to Audie Holloway. During the suppression hearing on 5-9-11 when Judge Peter Ashman stated that Sharalyn Sue Wright was not a credible witness and he finds it very disturbing that ABI John Papasodora would accept the evidence from Sharalyn Sue Wright. At that moment Daniel Cheyette should have had serious concerns on starting trial the next morning without looking in to exactly what Sharalyn Sue Wright turned over to ABI Papasodora being the Bribery E-mail says Financial Records and to what if any it affected his case against Edward Byford. Without looking in to this matter he could not be assured that Edward Byford would be afforded equal protection under the law.

Daniel Cheyette also knew that the case was based upon stolen records and misinformation and also applied for additional search warrants in order to cover this fact up. Daniel Cheyette falsified records in order to cover up the many illegal forms of investigation and information retrieval used to build the case.

**Attorney General Talis Colberg and Ast. Attorney General Dayvin Williams** worked for over a year with Edward Byford's attorney Heather Gardner in drafting a Consent Judgment. Even after all of the constant harassment from Rep. Charles Michael Chenault's office and Sharalyn Sue Wright and the massive thefts and little to no help from the troopers Edward Byford still believes his clients deserve to receive a refund of their monies. The Consent Judgment allows Edward Byford to be free to run his business and without interference from the state of Alaska and it lays out a 6 year time limit to repay and also states this **settles all issues with the State of Alaska**. Four months prior to signing this agreement the state started a criminal investigation against Edward Byford. Edward Byford believes that

Attorney General Talis Colberg Breached the Consent Agreement and acted in Bad Faith and Breached the Covenant of Good Faith and Fair Dealing. Talis Colberg knew when Edward Byford signed the agreement that this in fact did not settle all issues with the State of Alaska. Therefore he should have known that Edward Byford was not afforded Equal Protection under the Law.

**AST Capt. Peter Mlynarik** During 10-1-2009 Was notified on 6 occasions by phone, 2 times by subpoena and through multiple E-mails with Lori Woitel and Edward Byford requesting police reports of the crimes committed against Edward Byford. He refused to do so. Audie Holloway stated in e-mail to Lori Woitel that Capt. Mylarnik has to provide police reports. Refusal from Capt. Mlynarik to provide police reports and to properly supervise the Troopers under his command states volumes to whom the laws protect and or not protect.

**ABI Scott Briggs** On 6-15-2008 was aware of thefts against Edward Byford and failed to retrieve Edward Byford's stolen property after Edward Byford located the items, Edward Byford has witnesses that ABI Scott Briggs refused to retrieve any of Edward Byford's property or provide him with a police report. This is a common concept for law enforcement at least confiscate the property, it been nearly 5 years later and it is still sitting on a trailer in a contractor's yard. Edward Byford has had to rent the equipment to replace what Scott Briggs has deprived him of.

**AST Jerane Grieme** on 12-22-06 AST Grieme facilitated the theft of a Log Planner from Edward Byford. AST Grieme communicated with Sharalyn Sue Wright hours before the theft occurred. When Edward Byford was notified of the theft occurring he called 911. Dispatch told Edward Byford not to go to Sterling where the theft was happening in fact dispatch called 3 times in 15 min to tell him that the trooper told him to stay away from the property. Edward Byford located the stolen planner and blocked the driveway. About an hour later Trooper Grieme pulls up and asks if I was Edward Byford I said yes and I handed him all my paper work to prove ownership including Federal Bankruptcy Documents with photos. Grieme stated I don't need to see your paper work and said you are to get in your truck and leave. I told Grieme I wanted the names of the people and their commercial insurance numbers. Grieme refused and said if you don't leave now I will arrest you and tow your truck also if you come on this property I will arrest you for criminal trespass. To this day there is no police report nor have I been given the information of the perpetrators, I have called for a used machine in good condition is $300,000.00

**AST Terrance Shanigan** Summer of 2006 took a report of a burglary at Edward Byford's business, months later when he found out that Sharalyn Sue Wright was involved he filed his report as unfounded. Question is if it was unfounded why he would tell Kenai Police to call Edward Byford to verify stolen confiscated tools.

Sharalyn Sue Wright made a false police report to the troopers on 6-26-06 that Edward Byford had broken in to a building in Sterling and stole a heater when it was proven she was lying. Trooper Shanigan refused to charge

her. Three witnesses and Edward Byford saw her break and enter the building
from across the street and Terrence Shanigan refused to take a police
report.  Instead he charged Edward Byford with a disorderly conduct it was
however later dismissed. On 5-17-06 Trooper Shanigan called Edward Byford on
his cell phone and stated he had talked to Sharalyn Sue Wright and she had
legal paper work to keep Edward Byford off of his leased property in
Sterling and if he or any of his employees were caught on the property they
would be arrested for criminal trespass. Edward Byford contacted Srgt. Dan
Donaldson from AST and he asked if I could stay away till he could get this
sorted out, it took 3 days to prove she was not telling the truth but by
then the damage had been done the building broken into again, more thefts
and vandalism. On 5-19-06 Edward Byford reported to Trooper Blizzard of a
break in.

**Claim 5** The following civil right has been violated:

**Deprive any person of Liberty**

**Supporting Facts:** 5-1-2005 - 10-28-2011 Rep. **Charles Michael Chenault** by using the power of the Legislative Branch of government to relentlessly pursue and intimidate Edward Byford and his business. By offering Bribes and favors to enforce Sharalyn Wright's claims no matter how inconceivable which in turn allows Sharalyn Sue Wright to perjure herself in court time and time again and to insure it will go unpunished. Rep. Charles Michael Chenault manipulates the Executive Branch of government to produce false evidence and unwarranted charges. Charles Michael Chenault is one of the most powerful men in Alaska Legislature. He is known to control the finances of the state as well as sits on committees that among others control the judicial system.

**Sharalyn Sue Wright** 2005 - Current has filed many stalking orders against Edward Byford all of which have been proven to be false, 2 judges stated she lied. Sharalyn Sue Wright has lied to 2 others to have them file stalking orders against Edward Byford and both of them have been dismissed. Sharalyn Sue Wright has given so many statements to the police and testified in court cases she can't keep up with the truth any more, she testified she was in Kenai when the Arson fire burnt down Edward Byford's place of business and she received a call from the owner at 10:00 pm, then she called Chenault and drove 30 miles to Sterling. Problem is witnesses place Sharalyn Sue Wrights Pick up 200 ft from the Arson parked in the bushes. The fire Dept. placed a 6" hose beside her truck blocking it in 3 min after 911 call of smoke showing. This alone should raise suspicion of her actions but as always the next day she's doing damage control standing in the ashes talking to the State Fire Marshall pointing the finger to Edward Byford. Sharalyn Sue Wright's house burnt down in 06 it is still a open Arson Investigation, she made claim in court that Edward Byford had something to do with it, at the time she had $180,000.00 IRS lien. Edward Byford was in good standing for 12 years at Central Emergency Services as a Fire Fighter-EMT, Sharalyn Sue Wright started calling the borough Mayor Williams and making all sorts of false claims that Edward Byford was running an illegal theft ring of stolen equipment and storing it on Borough property. Edward Byford finally resigned from the Fire Dept. Sharalyn Sue Wright's daughter works for the Dept. of Labor, she used this connection to pursued Alvin Nagle to file unlawful criminal charges against Edward Byford, Later it was dismissed. She had several meetings with the Peninsula Clarion in Chenault's office to plan an attack against Edward Byford's business in a series of article Sharalyn Sue Wright stole documents from Edward Byford, then she employed the help of carl Edward Kock to contact all of the jobs that Edward Byford had going and sent them complaint forms for the Attorney General's Office. Sharalyn Sue Wright worked very closely with the troopers in Soldotna to keep all the material and tools and equipment that were stolen from being located or retrieved. Edward Byford left the state of Alaska to seek employment in January "09", when she found out Edward Byford was in Pahrump Nevada Sharalyn Sue Wright called every business in town talking all kinds of terrible things. She called the landlord of some commercial property that

Edward Byford rents stating that Rep. Charles Michael Chenault was doing a criminal investigation on Byford she referred the landlord to the Clarion News paper to read the articles that Sharalyn Sue Wright crafted. Sharalyn Sue Wright testified in court that she and Chenault have been after Edward Byford for over ten years. Sharalyn Sue Wright started with the Dept of Labor filing complaints then when she didn't get the result she was looking for she moved on to the Ast Attorney General filing more complaints then when that didn't work she filed the formal complaint with the Troopers followed with a written Bribe 4 days later. Edward Byford believes that this type of targeting does not promote the feeling of safety or well-being.

During this time period many people have stated that everyone is afraid of Sharalyn Sue Wright and that her activities are well known by other agencies including the FBI.

**ABI John Papasodora** 04-15-2008 purposely infecting the investigation of Edward Byford, falsifying evidence, and witness tampering and manipulating every situation to do exactly what Chenault's office wanted which is to convict Edward Byford at any cost and to do irreparable harm by using Sharalyn Sue Wright to do his dirty work.

**Dayvin Williams** 08-23-2009 knew at the Grand Jury things were wrong with the case against Edward Byford but she pressed on anyway. She knew in her questioning of ABI Papasodora about the screen capture and Seth Crosby that Papasodora was not honest it was her responsibility to bring honesty to the court proceeding.

**Prosecutor Daniel Cheyette** 04-15-2008 knew from the start that this case was built off of illegally obtained documents, and terrible investigation work. He had several chances throughout this trial to do the right thing and protect Edward Byford's rights and he did not, the comments during the suppression hearing from the judge was enough to place doubt to the credibility of the charges.

**ABI Director Audie Holloway** 04-02-2008 wheels tremendous power and for him to accept a Bribe for his Dept puts serious doubt if anyone could get a fair trial or treated justly, it places doubt if the favors don't trickle down to the troopers involved with Edward Byford. There has to be an explanation why someone of authority has not stopped this cycle.

**Attorney General Talis Colberg** 04-02-2008 signed both the Consent Judgment and the Criminal case. It seems that he did not care if the consent Judgment would even be honored. I wrote him and the Governor a letter addressing my concerns. Talis Colberg is ultimately responsible for the people under him and with what all that has happened to Edward Byford during their prosecution.

**Judge Peter Ashman** I do not feel that Judge Peter Ashman made mistakes during this trial. I feel they were intentional. All the evidence of this trial points to complete disregard of Edward Byford's constitutional rights. It is not just one action it was over and over. I believe that Peter Ashman is influenced by Sharalyn Sue Wright, Charles Michael Chenault (who holds the purse strings to the court system). Judge Ashman knew that Edward Byford was protected against unlawful search and seizures. When provided a multitude of proof and testimony during the suppression hearing that an illegal search and seizure had occurred he offered the Sharalyn Sue Wright the opportunity to claim the 5th. She declined. He also confirmed he was aware of the illegal search and seizure by addressing ABI John Papasodora and stating that Sharalyn Sue Wright was not a creditable witness and he found it very disturbing that ABI John Papasodora would accept that evidence. By making that statement it was clear what his thinking was that a crime did in fact happen and that the troopers were in possession of stolen documents but because it had to do with a legislative office he would not suppress. Judge Ashman allowed Edward Byford's constitutional rights to be violated, state law to be violated and pushed to start the trial the next morning without due process.

Judge Ashman also failed to provide Edward Byford adequate opportunity to testify on his own behalf. He made a statement on the record that he had failed to follow procedure in regards to the accused being given the right to testify.

**Carl Edward Kock** By his ongoing harassment and criminal activity and his repeated calls to Sharalyn Sue Wright every time I came to the courthouse. As many as 65 times in 19 days from his position at the wanding station. By going to jobs harassing the owners to stop jobs and file stalking orders against Edward Byford. He was occasionally accompanied by Sharalyn Wright during these harassments. He used his position as a Guard to talk to anyone that would listen at the courthouse to further infect guests to the courthouse, visiting attorneys and staff. Multiple members of the Public Defender's office fished on his property.

**Claim 6**    The following civil right has been violated.

**Due Process**

**Supporting Facts:** Rep. Charles Michael Chenault and Sharalyn Sue Wright used their office for their personal gain.  They use the office to promise favors, increase or decreases in budget items, jobs, promotions and uses the office as a tool of intimidation and vendetta.

It was clear in at least one of the emails that a bribe was offered to the Department of Public Safety to silence Edward Byford.  It is also logical that similar emails could have been offered to other departments.

On 06-26-2006 at Edward Byford's place of business when Edward Byford witnessed Sharalyn Wright with a male associate kick in the front door of the business (Edward Byford was across highway at gas station)and entered the building.  During this event Sharalyn Wright stated "Do you know who I am?""I am Sharalyn Wright with Mike Chenault's office""When I am done with you, you will be selling drugs on a street corner to survive."  She has done everything in her power to try and do just that. This was recorded and provided as evidence to Srgt. Dan Donaldson.  There were three other witnesses to this event.

It is clear that Rep. Charles Michael Chenault and Sharalyn Sue Wright have influenced everything in this situation from the creation of a series of fabricated crimes, the ceaseless pursuit of destroying Edward Byford's business, destroying personal life, targeting work at fire department, pursuit out of state to destroy any and all attempts to reimburse debtors from the destruction of the business with the final result being a criminal prosecution of an innocent man.  Sentencing is scheduled for October 28, 2011.

In addition,  I find it very concerning that Judge Peter Ashman would hear of evidence of financial records that Sharalyn Wright stole from Edward Byford's building and turned over to state agencies including but not limited to Alaska State Troopers,  Office of Public Advocacy, Department of Law and Department of Labor.  In fact, when the Public Defender's office conflicted out the Office of Public Advocacy appointed counsel and then denied use of professional witnesses included but not limited the use of a Certified Public Accountant.   The office of Public Advocacy has a department called Elder Fraud that was created, passed and funded by Rep. Charles Michael Chenault in 2006 with the intention of pursuing Edward Byford all in an attempt to silence him.

## D. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? __X_Yes ___No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): State of Alaska

Defendant(s): Edward G. Byford

b. Name and location of court: State of Alaska Kenai District Court

c. Docket number: 3KN-09-1800

d. Name of judge to whom case was assigned: Judge Peter Ashman

e. Disposition: Waiting for Sentencing

f. Issues Raised: 3 Felony Counts, Scheme to Defraud, Deceptive Business Practices and Theft in First Degree. Because of the thefts of my equipment, materials and business records I was unable to totally complete all work that was in progress. With the sabotage from Chenault, Wright and Kock of clients they cancelled additional jobs. However, there were jobs completed during this time period and previous to it. They fabricated a series of events, falsified documents, coerced witnesses, tampered with witnesses and even burned my business to the ground. Chenault's influence within the Departments of the State of Alaska is absolute. He controls their budgets.

g. Approximate date case was filed: August 2009

h. Approximate date of final decision: July 2011

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $11,500,000.00

2. Punitive damages in the amount of $3,000,000.00

3. An order requiring defendant(s) to Stay Criminal Case Waiting Decision by Federal Court. Prohibit defendants from any further action to Edward Byford until this federal case is heard so that no more irreparable harm can come to him.

4. A declaration that _____

_____

5. Other: _____

_____

Plaintiff demands a trial by __X__ Jury ____ Court. (Choose one.)

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_____
Plaintiff's Original Signature

Edward G. Byford
Plaintiff's Full Name

Executed at _____ on _____
              (Location)                         (Date)


_____      _____
Original Signature of Attorney     (Date)

_____
Attorney's Address and Telephone Number